**Electronically Filed**
**Supreme Court**
**SCWC-21-0000551**
**09-APR-2025**
**03:22 PM**
**Dkt. 23 ODAC**

SCWC-21-0000551

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

_____

BOSKO PETRICEVIC,
Petitioner/Plaintiff/Counterclaim Defendant-Appellant,
vs.
NAN, INC., a domestic profit corporation; and PATRICK SHIN,
Respondents/Defendants/Counterclaimants-Appellees.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-21-0000551; CASE NO. 1CCV-19-0002008)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna and Eddins, JJ., and
Circuit Judge Kawano, in place of Ginoza, J., recused, and
Circuit Judge Nichols, in place of Devens, J., recused)


Petitioner's Application for Writ of Certiorari, filed

on February 13, 2025, is hereby rejected.

DATED:  Honolulu, Hawai'i, April 9, 2025.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Kelsey T. Kawano

/s/ Steven R. Nichols

